PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NATHAN SUTTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MEDICAL MARIJUANA EVALUATION CENTER,<br><br>　　　　Defendant. | Case No.: CV 11-09735 CAS (MANx)<br><br>**ORDER RE DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE**<br><br>**[JS-6]** |

　　　Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff hereby dismisses the above-captioned matter in its entirety.

1

[PROPOSED] ORDER RE: NOTICE OF DISMISSAL

1    Pursuant to California Rules of Court Rule 3.770(a), no consideration was
2    paid to any Plaintiff or Plaintiff's counsel, directly or indirectly, in consideration for
3    dismissing this action without prejudice.

DATED:  May 1, 2012           By: *Christina A. Snyder*
                                    HON. CHRISTINA A. SNYDER
                                    United States District Judge